John A. Garcia
Attorney At Law, SBN 109192
655 W. 19th Street
Merced, Ca 95340
Telephone: (209) 723-2170

Attorney for:
Xavier Valle

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>XAVIER VALLE<br>                    Defendants | CASE NO. 1:18-CR-00156 DAD BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Vicenza Rabenn, and Defendant Xavier Valle, represented by Attorney John A. Garcia, hereby stipulate as follows:

1. By previous order, this matter was set for Sentencing on May 4, 2020.

2. By this stipulation, defendants now move to continue the Sentencing to June 29, 2020, and to exclude time between May 4, 2020, and June 29, 2020, under Local Codes T4 and M. Plaintiff does not oppose this request. The parties agree and stipulate, and request that the Court find the following:

    a) The defendant Xavier Valle is housed at Lerdo Pretrial Correctional Facility in Bakersfield California.

    b) His attorney John Garcia is situated in Merced California

    c) Due to the current COVID-19 Pandemic, council is having difficulty meeting with his client Mr. Valle.

Council for the defendant desires additional time to meet with his client Mr. Valle, to

1

review presentence report, prepare objections and corrections for sentencing.

    d)    Council for defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)    The defendant does not object to the continuance.

    f)    The government does not object to the continuance.

    g)    Based on the above-stated findings, the ends of justice is served by continuing the case as requested.

    h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period May 4, 2020, to June 29, 2020., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for Mr. Valle because it results form a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: 04/09/2020                          /s/Vicenza Rabenn
                                                          VICENZA RABENN
                                                          Assistant United States Attorney

Dated: 04/09/2020                          /s/ John A. Garcia
                                                          JOHN A. GARCIA, ESQ.
                                                          Attorney for Xavier Valle

**ORDER**

Pursuant to the parties' stipulation, the currently scheduled sentencing hearing date of May 4, 2020 is hereby continued to July 6, 2020, at 10:00 am in Courtroom 5.

IT IS SO ORDERED.

Dated: __**April 10, 2020**__

_____
UNITED STATES DISTRICT JUDGE