John A. Garcia
Attorney At Law, SBN 109192
655 W. 19th Street
Merced, Ca 95340
Telephone: (209) 723-2170

Attorney for:
Xavier Valle

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00156 DAD BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 8/17/2020 AT 10:00 AM |
| v. | |
| Xavier Valle | |
| Defendants | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Vicenza Rabenn, and Defendant Xavier Valle, represented by Attorney John A. Garcia, hereby stipulate as follows:

1. By previous order, this matter was set for Sentencing on July 6, 2020.

2. By this stipulation, defendants now move to continue the Sentencing to August 17, 2020, and to exclude time between July 6, 2020, and August 17, 2020, under Local Codes T4 and M. Plaintiff does not oppose this request. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant Xavier Valle is housed at Lerdo Pretrial Correctional Facility in Bakersfield California.

   b) His attorney John Garcia is situated in Merced California

   c) Council for the defendant desires additional time to gather information and documents to prepare for sentencing. Although council has met with client previously, further visits may be necessary.

    d)  To have sufficient time to provide all parties involved material needed in a timely manner.

    e)  The defendant does not object to the continuance.

    f)  The government does not object to the continuance.

    g)  Based on the above-stated findings, the ends of justice is served by continuing the case as requested.

    h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period July 6, 2020, to August 17, 2020., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] for Mr. Valle because it results form a continuance granted by the Court at defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  3.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  06/18/2020           /s/Vicenza Rabenn  
                  VICENZA RABENN  
                  Assistant United States Attorney

Dated:  06/18/2020           /s/   John A. Garcia  
                  JOHN A. GARCIA, ESQ.  
                  Attorney for Xavier Valle

### **ORDER**

IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently scheduled Sentencing date of July 6, 2020; and to set a new Sentencing date of August 17, 2020, or at a time that is convenient to the court, is hereby approved.

IT IS SO ORDERED.

Dated:   **June 18, 2020**                                    /s/ Dale A. Drozd
                                                                            UNITED STATES DISTRICT JUDGE