JOHN A. GARCIA
ATTORNEY AT LAW
State Bar No. 109192
655 W. 19^(TH) STREET
MERCED, CA 95340
Bus:  (209)723-2170
Fax : (209)723-3751
Attorney for Defendant
XAVIER VALLE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,)<br>          Plaintiff,                                    )<br>                                                         )<br>    vs.                                                 )<br>                                                         )<br>                                                         )<br>          Defendant.                             )<br>                                                         )<br>XAVIER VALLE                               )<br>                                                         )<br>                                                         )<br>                                                         )<br>                                                         ) | CASE NO. 1:18-CR-00156-DAD-BAM<br><br>DEFENDANT'S MOTION TO EXONERATE PROPERTY BOND;  ORDER |

I, John A. Garcia, declare as follows:

1.     Defendant, XAVIER VALLE, was sentenced

         8/18/20.

2.     At the time of sentencing I was the attorney of record for the defendant, Xavier

         Valle.

3.     On March 25, 2019, Joaquin Hinojosa, recorded an executed Deed of Trust

         #2019-0017653-00 for bail purposes in the name of U.S. District Court Clerk for

         defendant, XAVIER VALLE.

4.     On January 21, 2020, defendant, XAVIER VALLE, was remanded into custody

1

and has been in custody serving his sentence since that time.

5.    At this time, Request is hereby made that the following property be reconveyed as follows JOAQUIN HINOJOSA, OWNER, of the deed of trust #2019-0017653-00.

DATED:    08/31/20

                                      <u>JOHN A. GARCIA</u>
                                      JOHN A. GARCIA
                                      Attorney for Defendant

<u>O R D E R</u>

IT IS HEREBY ORDERED that the following property that the Clerk of the Court exonerate the bond in the above-captioned case and property be reconvened to JOAQUIN HINOJOSA (OWNER) who posted the property on Mr. Valle's case.

IT IS SO ORDERED.

Dated:   **September 2, 2020**                                 
                                                UNITED STATES DISTRICT JUDGE